UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-72(01) RM |
| ) | |
| TERESA REEVES ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 9, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 29], ACCEPTS defendant Teresa Reeves' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:   December 1, 2009

          /s/ Robert L. Miller, Jr.
          Chief Judge
          United States District Court